IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01565-REB-CBS

JASMINE G. WARICK,

    Plaintiff,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY
a/k/a PROGRESSIVE HALCYON
INSURANCE COMPANY,
an Ohio corporation,
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
a/k/a THE ST. PAUL TRAVELERS COMPANIES, INC.,
a Minnesota corporation,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Modify Scheduling Order (*doc. no. 36)* is **GRANTED**. The scheduling order is modified as follows:

1. The *discovery deadline* is extended to **June 29, 2007**, for the sole purpose of taking depositions of Lynette St. Jean, Dr. Jonathan Woodcock, any rebuttal experts subsequently disclosed by the Plaintiff, Mr. Kirven, and Mr. Johnson.

2. The deadline for parties Rule 26(a)(2) *REBUTTAL expert disclosures* is extended to on or before **June 15, 2007**.

3. The deadline for *dispositive motions* is extended to **June 29, 2007**.

4. Plaintiff's response to Defendant's motion to exclude shall be due on or before **June 5, 2007**. Please refer to D.C.COLOL.CIVR. 7.1 C for the deadline relating to the filing of the reply brief.

*All deadlines previously set by this Court, not modified herein, remain in effect.*

**DATED:**       May 16, 2007