
**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-01565-REB-CBS

JASMINE G. WARICK,

    Plaintiff,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY a/k/a PROGRESSIVE HALCYON
INSURANCE COMPANY, an Ohio corporation,
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA a/k/a THE ST. PAUL
TRAVELERS COMPANIES, INC., a Minnesota corporation,

    Defendants.

**ORDER OF DISMISSAL
AS TO DEFENDANT PROGRESSIVE DIRECT INSURANCE COMPANY**

**Blackburn, J.**

    The matter comes before the court on the **Stipulation for Dismissal With Prejudice** [#40], filed May 17, 2007. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendant Progressive Direct Insurance Company should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal With Prejudice** [#40], filed May 17, 2007, is **APPROVED**;

    2. That plaintiff's claim against defendant Progressive Direct Insurance Company **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney

fees and costs; and

      3.  That defendant Progressive Direct Insurance Company is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

      Dated May 17, 2007, at Denver, Colorado.

      **BY THE COURT:**

      **s/ Robert E. Blackburn**
      **Robert E. Blackburn**
      **United States District Judge**