**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 06-cv-01565-REB-CBS

JASMINE G. WARICK,

      Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA a/k/a THE ST. PAUL
TRAVELERS COMPANIES, INC., a Minnesota corporation,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter comes before the court on the **Stipulation for Dismissal With
Prejudice** [#43], filed June 19, 2007.  After careful review of the stipulation and the file,
the court has concluded that the stipulation should be approved and that plaintiff's
claim against defendant should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation for Dismissal With Prejudice** [#43], filed June 19,
2007, is **APPROVED**;

      2.  That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay
their own attorney fees and costs;

      3.  That the Trial Preparation Conference set for February 8, 2008, is
**VACATED**;

4.  That the jury trial set to commence February 25, 2008, is **VACATED**; and

5.  That any pending motion is **DENIED** as moot.

Dated June 19, 2007, at Denver, Colorado.

                                               **BY THE COURT:**

                                               **s/ Robert E. Blackburn**
                                               **Robert E. Blackburn**
                                             **United States District Judge**